People v Rivera (2025 NY Slip Op 06338)

People v Rivera

2025 NY Slip Op 06338

Decided on November 19, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 19, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
VALERIE BRATHWAITE NELSON
BARRY E. WARHIT
LOURDES M. VENTURA, JJ.

2023-04897
 (Ind. No. 75232/22)

[*1]The People of the State of New York, respondent,
v
Jose Rivera, appellant.

Patricia Pazner, New York, NY (Anders Nelson of counsel; Maritza Medina Olazarán on the brief), for appellant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Jean M. Joyce, and Isaac Rounseville of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Kings County (Joanne D. Quinones, J.), rendered April 25, 2023, convicting him of robbery in the third degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
Under the totality of the circumstances, the record demonstrates that the defendant knowingly, voluntarily, and intelligently waived his right to appeal (see People v Thomas, 34 NY3d 545; People v Lopez, 6 NY3d 248; People v Stevens, 203 AD3d 958, 959). The defendant's valid waiver of his right to appeal precludes appellate review of his contention that his adjudication as a second felony offender violated the principles announced in Erlinger v United States (602 US 821) (see People v Serva, ___ AD3d ___, 2025 NY Slip Op 05537; People v Haynes, 70 AD3d 718, 718-719; see also People v Lassiter, 48 AD3d 700; People v Backus, 43 AD3d 409, 410), as well as his contention that the sentence imposed was excessive (see People v Lopez, 6 NY3d at 256).
CONNOLLY, J.P., BRATHWAITE NELSON, WARHIT and VENTURA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court